IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>        Plaintiff,<br><br>    v.<br><br>THE PARTNERSHIPS and<br>UNINCORPORATED ASSOCIATIONS<br>IDENTIFIED ON SCHEDULE "A,"<br><br>        Defendants. | )<br>)  Case No. 17-cv-04365<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**Schedule A – Sealed Document Pursuant to LR26.2**

This document is being filed under seal with a Motion for Leave to File Documents under Seal. A full version of Schedule A will be delivered to the Court in a sealed envelope and will remain under seal until further order of this Court.

Dated this 9th day of June 2017.        Respectfully submitted,

                                              /s/ Justin R. Gaudio_____
                                              Kevin W. Guynn
                                              Amy C. Ziegler
                                              Justin R. Gaudio
                                              Jessica L. Bloodgood
                                              Greer, Burns & Crain, Ltd.
                                              300 South Wacker Drive, Suite 2500
                                              Chicago, Illinois 60606
                                              312.360.0080
                                              312.360.9315 (facsimile)
                                              kguynn@gbc.law
                                              aziegler@gbc.law
                                              jgaudio@gbc.law
                                              jbloodgood@gbc.law

                                              *Attorneys for Plaintiff Monster Energy Company*