# Exhibit 2

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Registration Number**

**VA 1-789-900**

**Effective date of registration:**

October 11, 2011

## Title
- **Title of Work:** Stylized claw with jagged edges (original version)

## Completion/Publication
- **Year of Completion:** 2002
- **Date of 1st Publication:** March 27, 2002
- **Nation of 1st Publication:** United States

## Author

- **Author:** Hansen Beverage Company
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States

- **Author:** McLean Design
- **Author Created:** 2-D artwork
- **Work made for hire:** Yes
- **Citizen of:** United States
- **Domiciled in:** United States
- **Anonymous:** Yes

## Copyright claimant
- **Copyright Claimant:** Hansen Beverage Company
  550 Monica Circle, Suite 201, Corona, CA, 92880, United States
- **Transfer Statement:** By written agreement

## Certification
- **Name:** Diane M. Reed
- **Date:** October 11, 2011
- **Applicant's Tracking Number:** HANBEV.012CR1

**Registration #:** VA0001789900
**Service Request #:** 1-671742871



Knobbe, Martens
Diane M Reed
2040 Main Street
14th Floor
Irvine, CA 92614  United States



# Additional Certificate (17 U.S.C. 706)
# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America



**Form CA**
For Supplementary Registration
UNITED STATES COPYRIGHT OFFICE

**VA 1-433-242**



| TX | TXU | PA | PAU | VA | VAU | SR | SRU | RE |

EFFECTIVE DATE OF SUPPLEMENTARY REGISTRATION

3 . 4 . 2013
Month Day Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**A**

**Title of Work ▼**
Stylized claw with jagged edges (original version)

| Registration Number of the Basic Registration ▼ | Year of Basic Registration ▼ |
| --- | --- |
| VA 1-789-900 | 2011 |

| Name(s) of Author(s) ▼ | Name(s) of Copyright Claimant(s) ▼ |
| --- | --- |
| Hansen Beverage Company<br>McLean Design | Hansen Beverage Company |

**B**

Location and Nature of Incorrect Information in Basic Registration ▼

Line Number _____ Line Heading or Description _____

Incorrect Information as It Appears in Basic Registration ▼

Corrected Information ▼

Explanation of Correction ▼



**C**

Location and Nature of Information in Basic Registration to be Amplified ▼

Line Number 4 _____ Line Heading or Description Copyright Claimant(s)

Amplified Information and Explanation of Information ▼

Change name of Copyright Claimant from Hansen Beverage Company to Monster Energy Company.

Claimant Hansen Beverage Company changed its corporate name on January 5, 2012 to Monster Energy Company by filing a "Certificate of Amendment of Certificate of Incorporation of Hansen Beverage Company" with the Secretary of State of Delaware.

On January 24, 2012, Monster Energy Company recorded the "Certificate of Amendment of Certificate of Incorporation of Hansen Beverage Company" with the United States Copyright Office as shown in Document Number V3612D490.

This Supplementary Copyright Registration is to clarify that Monster Energy Company is the owner of Copyright Registration # VA 1-789-900.

---

MORE ON BACK ▶  • Complete all applicable spaces (D-G) on the reverse side of this page.
                 • See detailed instructions.  • Sign the form at Space F.

DO NOT WRITE HERE
Page 1 of 2 pages

| | FORM CA |
|---|---|
| FORM CA RECEIVED | |
| **MAR 0 4 2013** | |
| FUNDS RECEIVED DATE | |
| EXAMINED BY | FOR COPYRIGHT OFFICE USE ONLY |
| CORRESPONDENCE ☐ | |
| REFERENCE TO THIS REGISTRATION ADDED TO BASIC REGISTRATION ☒ YES ☐ NO | |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

Continuation of: ☐ Part B or ☐ Part C

**D**

Correspondence: Give name and address to which correspondence about this application should be sent.

Jonathan A. Menkes of Knobbe, Martens, Olson & Bear, LLP
2040 Main Street, 14th Floor
Irvine, CA 92614

Phone ( 949 ) 760-0404   Fax ( 949 ) 760-9502   Email efiling@knobbe.com

**E**

Deposit Account: If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name _____

Account Number _____

Certification* I, the undersigned, hereby certify that I am the: (Check only one)
☐ author    ☐ owner of exclusive right(s)
☐ other copyright claimant  ☒ duly authorized agent of  Monster Energy Company
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**F**

Typed or printed name ▼ Jonathan A. Menkes       Date ▼ 2-26-13

Handwritten signature (X) ▼

| Certificate will be mailed in window envelope to this address: | Name ▼ Jonathan A. Menkes of Knobbe, Martens, Olson & Bear, LLP |
|---|---|
| | Number/Street/Apt ▼ 2040 Main Street, 14th Floor |
| | City/State/ZIP ▼ Irvine, CA 92614 |

YOU MUST:
• Complete all necessary spaces
• Sign your application in Space F

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**G**

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

Form CA-Full  Rev: 07/2006  Print: 07/2006—,000  Printed on recycled paper     U.S. Government Printing Office: 2006—/,