Monster Energy Company v. Zheng Shuang, et al.
Case No. 17-cv-04365

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Zheng Shuang | 2 | Zygfryd Szczepański |
| 3 | zhang jike | 4 | Wu RongXia |
| 5 | tyler barr | 6 | Sun Hai Xia |
| 7 | sophisticatedyum.com.au | 8 | shikungem.com |
| 9 | poitou-magazine.fr | 10 | Paul Field |
| 11 | nfl-malls.com | 12 | Nan Nan Li |
| 13 | Malcolm Muirhead | 14 | makibell.fr |
| 15 | Maharjan Susan | 16 | Lisa Leonard |
| 17 | li ling huang | 18 | Lenna Harris |
| 19 | Lara Cerneira Carballo | 20 | kang xiaoping |
| 21 | julia cordero | 22 | Jude Achebe |
| 23 | Jamie Kavanagh | 24 | Hou Ping |
| 25 | gogeteat.net | 26 | gang long han |
| 27 | Darren Charles Raison | 28 | Chen Hang |
| 29 | Chen Hang (2) | 30 | Chen Dong Han |
| 31 | capslids.com | 32 | buylebron9galaxyonsale.com |
| 33 | buylebron9galaxy.net | 34 | andy |
| 35 | Andrew teague | 36 | Alexina Pledger |
| 37 | 0hk7446 | 38 | 1_87072 |
| 39 | 2014sunqing888999 | 40 | 2016longteng |
| 41 | 2cn2483 | 42 | 36liuhong369 |
| 43 | adiarboss | 44 | atba7821 |
| 45 | autobots.husa | 46 | baidudebai |
| 47 | baixunkeji | 48 | BestAuto Company Store |
| 49 | bjwang89-1 | 50 | boutiquegroceries |
| 51 | Car modification club Store | 52 | CHAONIU CAR PRODUCTS CLUB Store |
| 53 | chelaichewang2016 | 54 | China Town--Auto Parts Co.,ltd |
| 55 | chinaflavor | 56 | ckl8 |
| 57 | divintymotor | 58 | DIYUAN Store |
| 59 | ecbuygo | 60 | fantasticalmac |
| 61 | Fashion Outdoor Sport | 62 | fashion520 Store |
| 63 | fashionfouse888 | 64 | greatwallmarket |
| 65 | greenwindbellled | 66 | Haining City Purute Racing Factory |
| 67 | haoyunyongyuan666 | 68 | HelloRacer Store |
| 69 | High-end Production Store | 70 | hk2028 |
| 71 | hk-shuy | 72 | HOMOD JEWELRY Store |
| 73 | HOW-YES Store | 74 | HSpeed Store |
| 75 | huahuanle | 76 | Hydro arts Technology Co., Ltd. |
| 77 | iGreen B Car services Store | 78 | Itree |
| 79 | jackliaob | 80 | JIAFUDEshop Store |

| No. | Defendant | No. | Defendant |
|---|---|---|---|
| 81 | ke5558 | 82 | lage2013 |
| 83 | laughingworld2014 | 84 | Leader Motor |
| 85 | lihongxin2012 | 86 | lilaijewelry2 |
| 87 | lin_han62-6 | 88 | linjiechong |
| 89 | Minason Global Shopping Store | 90 | Modified club car Store |
| 91 | mucd3288 | 92 | nature-sky |
| 93 | ocean-stone | 94 | pitaya_boy |
| 95 | Qiaomu store | 96 | rgne7202 |
| 97 | SageTechnology | 98 | shengheng2012 |
| 99 | Shenzhen JYC Technology Ltd. | 100 | shining city |
| 101 | showerfield | 102 | simonzyp2010 |
| 103 | starfiedknight | 104 | stonemomy |
| 105 | sunrise20160810 | 106 | super-emporium-2 |
| 107 | Top Rated Car Accessories | 108 | Uni-HELMET Store |
| 109 | vyxd9723 | 110 | wuzhen568 |
| 111 | xieya668 | 112 | xuue2132 |
| 113 | yahk084 | 114 | yanlinghome |
| 115 | yqbu2852 | 116 | zhangruiyang8889992 |
| 117 | zhukenci | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/0hk7446 | 2 | ebay.com/usr/1_87072 |
| 3 | ebay.com/usr/2014sunqing888999 | 4 | ebay.com/usr/2016longteng |
| 5 | ebay.com/usr/2cn2483 | 6 | ebay.com/usr/36liuhong369 |
| 7 | ioffer.com/selling/adiarboss | 8 | ebay.com/usr/atba7821 |
| 9 | ebay.com/usr/autobots.husa | 10 | ebay.com/usr/baidudebai |
| 11 | ebay.com/usr/baixunkeji | 12 | aliexpress.com/store/2660171 |
| 13 | ebay.com/usr/bjwang89-1 | 14 | ebay.com/usr/boutiquegroceries |
| 15 | aliexpress.com/store/2678136 | 16 | aliexpress.com/store/2387053 |
| 17 | ebay.com/usr/chelaichewang2016 | 18 | aliexpress.com/store/1087049 |
| 19 | ebay.com/usr/chinaflavor | 20 | ebay.com/usr/ckl8 |
| 21 | ebay.com/usr/divintymotor | 22 | aliexpress.com/store/2793178 |
| 23 | ebay.com/usr/ecbuygo | 24 | ebay.com/usr/fantasticalmac |
| 25 | aliexpress.com/store/1036324 | 26 | aliexpress.com/store/2946105 |
| 27 | ebay.com/usr/fashionfouse888 | 28 | ebay.com/usr/greatwallmarket |
| 29 | ebay.com/usr/greenwindbellled | 30 | aliexpress.com/store/716076 |
| 31 | ebay.com/usr/haoyunyongyuan666 | 32 | aliexpress.com/store/2677057 |
| 33 | 8866.aliexpress.com/store/1382936 | 34 | ebay.com/usr/hk2028 |
| 35 | ebay.com/usr/hk-shuy | 36 | homod.aliexpress.com/store/108627 |
| 37 | sfkmoto.aliexpress.com/store/822920 | 38 | hspeed.aliexpress.com/store/1267631 |
| 39 | ebay.com/usr/huahuanle | 40 | aliexpress.com/store/1707252 |
| 41 | aliexpress.com/store/2841021 | 42 | aliexpress.com/store/1228184 |
| 43 | ebay.com/usr/jackliaob | 44 | aliexpress.com/store/2683027 |
| 45 | ebay.com/usr/ke5558 | 46 | ebay.com/usr/lage2013 |
| 47 | ebay.com/usr/laughingworld2014 | 48 | aliexpress.com/store/1895465 |
| 49 | ebay.com/usr/lihongxin2012 | 50 | ebay.com/usr/lilaijewelry2 |

| | | | |
|---|---|---|---|
| 51 | ebay.com/usr/lin_han62-6 | 52 | ebay.com/usr/linjiechong |
| 53 | aliexpress.com/store/2952086 | 54 | aliexpress.com/store/2410071 |
| 55 | ebay.com/usr/mucd3288 | 56 | ebay.com/usr/nature-sky |
| 57 | ebay.com/usr/ocean-stone | 58 | ebay.com/usr/pitaya_boy |
| 59 | aliexpress.com/store/1950483 | 60 | ebay.com/usr/rgne7202 |
| 61 | aliexpress.com/store/1046511 | 62 | ebay.com/usr/shengheng2012 |
| 63 | jyc-protector.en.alibaba.com | 64 | skuer.aliexpress.com/store/931463 |
| 65 | ebay.com/usr/ showerfield | 66 | ebay.com/usr/simonzyp2010 |
| 67 | ebay.com/usr/starfiedknight | 68 | ebay.com/usr/stonemomy |
| 69 | ebay.com/usr/sunrise20160810 | 70 | ebay.com/usr/super-emporium-2 |
| 71 | aliexpress.com/store/1873926 | 72 | aliexpress.com/store/2665053 |
| 73 | ebay.com/usr/vyxd9723 | 74 | ebay.com/usr/wuzhen568 |
| 75 | ebay.com/usr/xieya668 | 76 | ebay.com/usr/xuue2132 |
| 77 | ebay.com/usr/yahk084 | 78 | ebay.com/usr/yanlinghome |
| 79 | ebay.com/usr/yqbu2852 | 80 | ebay.com/usr/zhangruiyang8889992 |
| 81 | ebay.com/usr/zhukenci | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | obizjournals.info | 2 | xn--odzierowerowashop-0yd.com |
| 3 | ammotin.com | 4 | newerahatswholesales.com |
| 5 | by-lemag.com | 6 | stussysnapbackcappelli.club |
| 7 | sophisticatedyum.com.au | 8 | shikungem.com |
| 9 | poitou-magazine.fr | 10 | dlraccounting.co.uk |
| 11 | splashofcolours.co.uk | 12 | nfl-malls.com |
| 13 | fileupee.com | 14 | odvlasica.com |
| 15 | fmgmediation.co.uk | 16 | makibell.fr |
| 17 | londonhoardercleaners.co.uk | 18 | gitzone.co.uk |
| 19 | suburbansurgical.cc | 20 | pumabartitsu.co.uk |
| 21 | nightclubhoney.it | 22 | kathylovestopaint.com |
| 23 | makkijapan.com | 24 | furniturecart.co.uk |
| 25 | cheapsnapbackhatsda.co.uk | 26 | springscafe.co.uk |
| 27 | cmy668.top | 28 | gogeteat.net |
| 29 | fbcglenarden.cc | 30 | matrix-net.co.uk |
| 31 | kenzosnapbacks.info | 32 | watibhats.info |
| 33 | ephorus.info | 34 | capslids.com |
| 35 | buylebron9galaxyonsale.com | 36 | buylebron9galaxy.net |
| 37 | airskatemall.com | 38 | ussenterprise.co.uk |
| 39 | acaciatreesurgeons.co.uk | | |