**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZHENG SHUANG, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. 17-cv-04365 <br><br> **Judge John Z. Lee** <br><br> **Magistrate Judge Young B. Kim** |

**DECLARATION OF SERVICE**

I, Jessica L. Bloodgood, of the City of Chicago, in the State of Illinois, declare as follows:

1. I am an attorney at law, duly admitted to practice before the Courts of the State of Illinois and the United States District Court for the Northern District of Illinois. I am one of the attorneys for Plaintiff Monster Energy Company ("MEC"). Except as otherwise expressly stated to the contrary, I have personal knowledge of the following facts and, if called as a witness, I could and would competently testify as follows:

2. On June 20, 2017, this Court entered an Order [26] permitting MEC to complete service of process to Defendants pursuant to Federal Rule of Civil Procedure 4(f)(3) by electronic publication at the Defendant Domain Names which are transferred to MEC's control or by sending an e-mail to the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland and any email addresses provided for Defendants by third parties that includes a link to said website.

3. I hereby certify that on June 28, 2017, I electronically published the Amended Complaint and Summons on a website to which the Defendant Domain Names will redirect.

4. I hereby certify that on June 28, 2017, I sent an e-mail to the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

5. The completed Return of Service form is attached hereto.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 28th day of June 2017, at Chicago, Illinois.

/s/ Jessica L. Bloodgood
Jessica L. Bloodgood
GREER, BURNS & CRAIN, LTD.
300 S. Wacker Drive, Suite 2500
Chicago, Illinois 60606
Telephone: 312-360-0080
jbloodgood@gbc.law

Counsel for Plaintiff
Monster Energy Company