**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| MONSTER ENERGY COMPANY, | ) | Case No. 17-cv-04365 |
| | ) | |
| Plaintiff, | ) | |
| | ) | **Judge John Z. Lee** |
| v. | ) | |
| | ) | **Magistrate Judge Young B. Kim** |
| ZHENG SHUANG, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**PRELIMINARY INJUNCTION ORDER**

THIS CAUSE being before the Court on Plaintiff Monster Energy Company's ("MEC")
Motion for Entry of a Preliminary Injunction, and this Court having heard the evidence before it
hereby GRANTS Plaintiff's Motion for Entry of a Preliminary Injunction in its entirety against
the defendants identified in Schedule A to the Amended Complaint and attached hereto
(collectively, the "Defendants").

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defendants
since the Defendants directly target their business activities toward consumers in the United
States, including Illinois. Specifically, Defendants are reaching out to do business with Illinois
residents by operating one or more commercial, interactive Internet stores through which Illinois
residents can purchase products bearing unauthorized copies of the Monster Energy Copyrighted
Design[1] (including U.S. Copyright Registration No. VA 1-789-900) and/or using counterfeit
versions of the MONSTER ENERGY Trademarks[2] (a list of which is included in the below

---

[1] "Monster Energy Copyrighted Design" has the meaning ascribed to it in the Amended Complaint [10].
[2] "MONSTER ENERGY Trademarks" has the meaning ascribed to it in the Amended Complaint [10].

chart) (such products collectively referred to herein as the "Unauthorized Monster Energy Products").

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,903,214 |  | Nov. 16, 2004 | For: Drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 3,057,061 | MONSTER ENERGY | Feb. 7, 2006 | For: fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 3,134,841 |  | Aug. 29, 2006 | For: Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |

| | | | |
|---|---|---|---|
| 4,051,650 |  | November 8, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely hats and beanies in class 025. |
| 3,963,669 |  | May 17, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffel bags in class 018. |
| 3,963,668 |  | May 17, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals; posters in class 016. |
| 3,923,683 |  | February 22, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffle bags in class 018. |

| 3,908,601 |  | January 18, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies in class 025. |
| --- | --- | --- | --- |
| 3,908,600 |  | January 18, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals in class 016. |
| 4,332,062 |  | May 7, 2013 | For: Silicone wrist bands; Silicone bracelets; Jewelry, namely, bracelets and wristbands in class 014. |
| 4,011,301 |  | August 16, 2011 | For: Sports helmets; video recordings featuring sports, extreme sports, and motor sports in class 009. |

| 3,914,828 |  | February 1, 2011 | For: Sports helmets in class 009. |
|---|---|---|---|
| 4,660,598 |  | December 23, 2014 | For: Lanyards; Lanyards for holding whistles, keys, eyeglasses, sunglasses, mobile telephones, badges, identification cards, event passes, media passes, photographs, recording equipment, or similar conveniences in class 022. |

THIS COURT FURTHER FINDS that injunctive relief previously granted in the Temporary Restraining Order ("TRO") should remain in place through the pendency of this litigation and that issuing this Preliminary Injunction is warranted under Federal Rule of Civil Procedure 65. Evidence submitted in support of this Motion and in support of MEC's previously granted Motion for Entry of a Temporary Restraining Order establishes that MEC has demonstrated a likelihood of success on the merits; that no remedy at law exists; and that MEC will suffer irreparable harm if the injunction is not granted.

Specifically, MEC has proved a *prima facie* case of trademark infringement because (1) the MONSTER ENERGY Trademarks are distinctive marks and are registered with the U.S. Patent and Trademark Office on the Principal Register, (2) Defendants are not licensed or authorized to use any of the MONSTER ENERGY Trademarks, and (3) Defendants' use of the MONSTER ENERGY Trademarks is causing a likelihood of confusion as to the origin or sponsorship of Defendants' products with MEC. MEC has also proved a *prima facie* case of

copyright infringement because it has demonstrated that (1) MEC is the owner of a valid and enforceable Monster Energy Copyrighted Design, and (2) Defendants, without any authorization from MEC, or any right under the law, have deliberately copied, displayed, distributed, reproduced, and/or made derivate works incorporating the Monster Energy Copyrighted Design on the Defendant Internet Stores and the corresponding Unauthorized Monster Energy Products. Furthermore, Defendants' continued and unauthorized use of the MONSTER ENERGY Trademarks and copying of the Monster Energy Copyrighted Design irreparably harms MEC through diminished goodwill and brand confidence, damage to MEC's reputation, loss of exclusivity, and loss of future sales. Monetary damages fail to address such damage and, therefore, MEC has an inadequate remedy at law. Moreover, the public interest is served by entry of this Preliminary Injunction to dispel the public confusion created by Defendants' actions. As such, this Court orders that:

1. Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be preliminarily enjoined and restrained from:

   a. using the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Monster Energy Product or not authorized by MEC to be sold in connection with the MONSTER ENERGY Trademarks;

   b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Monster Energy Copyrighted Design in any manner without the express authorization of MEC;

6

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Monster Energy Product or any other product produced by MEC, that is not MEC's or not produced under the authorization, control or supervision of MEC and approved by MEC for sale under the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Design;

d. committing any acts calculated to cause consumers to believe that Defendants' Unauthorized Monster Energy Products are those sold under the authorization, control or supervision of MEC, or are sponsored by, approved by, or otherwise connected with MEC;

e. further infringing the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Design and damaging MEC's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MEC, nor authorized by MEC to be sold or offered for sale, and which bear any MEC trademark, including the MONSTER ENERGY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Monster Energy Copyrighted Design.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public Interest Registry, within three (3) business days of receipt of this Order, shall, at MEC's choosing:

a. unlock and change the registrar of record for the Defendant Domain Names to a registrar of MEC's selection until further ordered by this Court; or

b. disable the Defendant Domain Names and make them inactive and untransferable until further ordered by this Court.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of MEC's selection so that the Defendant Domain Names can be redirected or disabled until further ordered by this Court.

4. Defendants and any third party with actual notice of this Order who is providing services for any of the Defendants, or in connection with any of Defendants' websites at the Defendant Domain Names or other websites operated by Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress, and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing, and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall, within five (5) business days after receipt of such notice, provide to MEC expedited discovery, including copies of all documents and records in such person's or entity's possession or control relating to:

a. the identities and locations of Defendants, their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them,

8

including all known contact information, including any and all associated e-mail addresses;

b. the nature of Defendants' operations and all associated sales, methods of payment for services and financial information, including, without limitation, identifying information associated with the Online Marketplace Accounts, the Defendant Domain Names, and Defendants' financial accounts, as well as providing a full accounting of Defendants' sales and listing history related to their respective Online Marketplace Accounts and Defendant Domain Names;

c. Defendants' websites and/or any Online Marketplace Accounts;

d. the Defendant Domain Names or any domain name registered by Defendants; and

e. any financial accounts owned or controlled by Defendants, including their agents, servants, employees, confederates, attorneys, and any persons acting in concert or participation with them, including such accounts residing with or under the control of any banks, savings and loan associations, payment processors or other financial institutions including, without limitation, PayPal, or other merchant account providers, payment providers, third party processors, and credit card associations (e.g., MasterCard and VISA).

5. Upon MEC's request, those in privity with Defendants and those with notice of the injunction, including the Third Party Providers as defined in Paragraph 4, shall within five (5) business days after receipt of such notice:

a. disable and cease providing services being used by Defendants, currently or in the future, to engage in the sale of goods using the MONSTER ENERGY Trademarks and/or which bear the Monster Energy Copyrighted Design;

b. disable and cease displaying any advertisements used by or associated with Defendants in connection with the sale of counterfeit and infringing goods using the MONSTER ENERGY Trademarks and/or which bear the Monster Energy Copyrighted Design; and

c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

6. Defendants and any persons in active concert or participation with them who have actual notice of this Order shall be temporarily and preliminarily restrained and enjoined from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

7. PayPal, Inc. ("PayPal") shall, within five (5) business days of receipt of this Order, for any Defendant or any of Defendants' Online Marketplace Accounts or websites:

a. locate all accounts and funds connected to Defendants, Defendants' Online Marketplace Accounts or Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland, and any e-mail addresses provided for Defendants by third parties; and

b. restrain and enjoin any such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defendants' assets until further ordered by this Court.

8. MEC may provide notice of these proceedings to Defendants, including service of process pursuant to Fed. R. Civ. P. 4(f)(3), by electronically publishing a link to the

Amended Complaint, this Order and other relevant documents on a website to which the Defendant Domain Names which are transferred to MEC's control will redirect, or by sending an e-mail to the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland and any e-mail addresses provided for Defendants by third parties that includes a link to said website. The Clerk of the Court is directed to issue a single original summons in the name of "Zheng Shuang and all other Defendants identified in the Amended Complaint" that shall apply to all Defendants. The combination of providing notice via electronic publication or e-mail, along with any notice that Defendants receive from domain name registrars and payment processors, shall constitute notice reasonably calculated under all circumstances to apprise Defendants of the pendency of the action and afford them the opportunity to present their objections.

9. Plaintiff's Amended Complaint [10] and Exhibits 1 and 2 thereto [10-1] and [10-2], Schedule A to the Complaint [9 and the Amended Complaint [10-3], Exhibits 3 [15] and 4 [16] to the Declaration of Bruce Kingsland, and the TRO [26] are unsealed.

10. Any Defendants that are subject to this Order may appear and move to dissolve or modify the Order on two days' notice to MEC or on shorter notice as set by this Court.

11. The $10,000 bond posted by MEC shall remain with the Court until a Final disposition of this case or until this Preliminary Injunction is terminated.

IT IS SO ORDERED.

DATED: July 6, 2017

_____

U.S. District Court Judge John Z. Lee

Monster Energy Company v. Zheng Shuang, et al.
Case No. 17-cv-04365

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Zheng Shuang | 2 | Zygfryd SzczepaÅ„ski |
| 3 | zhang jike | 4 | Wu RongXia |
| 5 | tyler barr | 6 | Sun Hai Xia |
| 7 | sophisticatedyum.com.au | 8 | shikungem.com |
| 9 | poitou-magazine.fr | 10 | Paul Field |
| 11 | nfl-malls.com | 12 | Nan Nan Li |
| 13 | Malcolm Muirhead | 14 | makibell.fr |
| 15 | Maharjan Susan | 16 | Lisa Leonard |
| 17 | li ling huang | 18 | Lenna Harris |
| 19 | Lara Cerneira Carballo | 20 | kang xiaoping |
| 21 | julia cordero | 22 | Jude Achebe |
| 23 | Jamie Kavanagh | 24 | Hou Ping |
| 25 | gogeteat.net | 26 | gang long han |
| 27 | Darren Charles Raison | 28 | Chen Hang |
| 29 | Chen Hang (2) | 30 | Chen Dong Han |
| 31 | capslids.com | 32 | buylebron9galaxyonsale.com |
| 33 | buylebron9galaxy.net | 34 | andy |
| 35 | Andrew teague | 36 | Alexina Pledger |
| 37 | 0hk7446 | 38 | 1_87072 |
| 39 | 2014sunqing888999 | 40 | 2016longteng |
| 41 | 2cn2483 | 42 | 36liuhong369 |
| 43 | adiarboss | 44 | atba7821 |
| 45 | autobots.husa | 46 | baidudebai |
| 47 | baixunkeji | 48 | BestAuto Company Store |
| 49 | bjwang89-1 | 50 | boutiquegroceries |
| 51 | Car modification club Store | 52 | CHAONIU CAR PRODUCTS CLUB Store |
| 53 | chelaichewang2016 | 54 | China Town--Auto Parts Co.,ltd |
| 55 | chinaflavor | 56 | ckl8 |
| 57 | divintymotor | 58 | DIYUAN Store |
| 59 | ecbuygo | 60 | fantasticalmac |
| 61 | Fashion Outdoor Sport | 62 | fashion520 Store |
| 63 | fashionfouse888 | 64 | greatwallmarket |

12

| | | | |
|---|---|---|---|
| 65 | greenwindbellled | 66 | Haining City Purute Racing Factory |
| 67 | haoyunyongyuan666 | 68 | HelloRacer Store |
| 69 | High-end Production Store | 70 | hk2028 |
| 71 | hk-shuy | 72 | HOMOD JEWELRY Store |
| 73 | HOW-YES Store | 74 | HSpeed Store |
| 75 | huahuanle | 76 | Hydro arts Technology Co., Ltd. |
| 77 | iGreen B Car services Store | 78 | Itree |
| 79 | jackliaob | 80 | JIAFUDEshop Store |
| 81 | ke5558 | 82 | lage2013 |
| 83 | laughingworld2014 | 84 | Leader Motor |
| 85 | lihongxin2012 | 86 | lilaijewelry2 |
| 87 | lin_han62-6 | 88 | linjiechong |
| 89 | Minason Global Shopping Store | 90 | Modified club car Store |
| 91 | mucd3288 | 92 | nature-sky |
| 93 | ocean-stone | 94 | pitaya_boy |
| 95 | Qiaomu store | 96 | rgne7202 |
| 97 | SageTechnology | 98 | shengheng2012 |
| 99 | Shenzhen JYC Technology Ltd. | 100 | shining city |
| 101 | showerfield | 102 | simonzyp2010 |
| 103 | starfiedknight | 104 | stonemomy |
| 105 | sunrise20160810 | 106 | super-emporium-2 |
| 107 | Top Rated Car Accessories | 108 | Uni-HELMET Store |
| 109 | vyxd9723 | 110 | wuzhen568 |
| 111 | xieya668 | 112 | xuue2132 |
| 113 | yahk084 | 114 | yanlinghome |
| 115 | yqbu2852 | 116 | zhangruiyang8889992 |
| 117 | zhukenci | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/0hk7446 | 2 | ebay.com/usr/1_87072 |
| 3 | ebay.com/usr/2014sunqing888999 | 4 | ebay.com/usr/2016longteng |
| 5 | ebay.com/usr/2cn2483 | 6 | ebay.com/usr/36liuhong369 |
| 7 | ioffer.com/selling/adiarboss | 8 | ebay.com/usr/atba7821 |
| 9 | ebay.com/usr/autobots.husa | 10 | ebay.com/usr/baidudebai |
| 11 | ebay.com/usr/baixunkeji | 12 | aliexpress.com/store/2660171 |
| 13 | ebay.com/usr/bjwang89-1 | 14 | ebay.com/usr/boutiquegroceries |
| 15 | aliexpress.com/store/2678136 | 16 | aliexpress.com/store/2387053 |
| 17 | ebay.com/usr/chelaichewang2016 | 18 | aliexpress.com/store/1087049 |

| 19 | ebay.com/usr/chinaflavor | 20 | ebay.com/usr/ckl8 |
|----|--------------------------|----|-------------------|
| 21 | ebay.com/usr/divintymotor | 22 | aliexpress.com/store/2793178 |
| 23 | ebay.com/usr/ecbuygo | 24 | ebay.com/usr/fantasticalmac |
| 25 | aliexpress.com/store/1036324 | 26 | aliexpress.com/store/2946105 |
| 27 | ebay.com/usr/fashionfouse888 | 28 | ebay.com/usr/greatwallmarket |
| 29 | ebay.com/usr/greenwindbellled | 30 | aliexpress.com/store/716076 |
| 31 | ebay.com/usr/haoyunyongyuan666 | 32 | aliexpress.com/store/2677057 |
| 33 | 8866.aliexpress.com/store/1382936 | 34 | ebay.com/usr/hk2028 |
| 35 | ebay.com/usr/hk-shuy | 36 | homod.aliexpress.com/store/108627 |
| 37 | sfkmoto.aliexpress.com/store/822920 | 38 | hspeed.aliexpress.com/store/1267631 |
| 39 | ebay.com/usr/huahuanle | 40 | aliexpress.com/store/1707252 |
| 41 | aliexpress.com/store/2841021 | 42 | aliexpress.com/store/1228184 |
| 43 | ebay.com/usr/jackliaob | 44 | aliexpress.com/store/2683027 |
| 45 | ebay.com/usr/ke5558 | 46 | ebay.com/usr/lage2013 |
| 47 | ebay.com/usr/laughingworld2014 | 48 | aliexpress.com/store/1895465 |
| 49 | ebay.com/usr/lihongxin2012 | 50 | ebay.com/usr/lilaijewelry2 |
| 51 | ebay.com/usr/lin_han62-6 | 52 | ebay.com/usr/linjiechong |
| 53 | aliexpress.com/store/2952086 | 54 | aliexpress.com/store/2410071 |
| 55 | ebay.com/usr/mucd3288 | 56 | ebay.com/usr/nature-sky |
| 57 | ebay.com/usr/ocean-stone | 58 | ebay.com/usr/pitaya_boy |
| 59 | aliexpress.com/store/1950483 | 60 | ebay.com/usr/rgne7202 |
| 61 | aliexpress.com/store/1046511 | 62 | ebay.com/usr/shengheng2012 |
| 63 | jyc-protector.en.alibaba.com | 64 | skuer.aliexpress.com/store/931463 |
| 65 | ebay.com/usr/ showerfield | 66 | ebay.com/usr/simonzyp2010 |
| 67 | ebay.com/usr/starfiedknight | 68 | ebay.com/usr/stonemomy |
| 69 | ebay.com/usr/sunrise20160810 | 70 | ebay.com/usr/super-emporium-2 |
| 71 | aliexpress.com/store/1873926 | 72 | aliexpress.com/store/2665053 |
| 73 | ebay.com/usr/vyxd9723 | 74 | ebay.com/usr/wuzhen568 |
| 75 | ebay.com/usr/xieya668 | 76 | ebay.com/usr/xuue2132 |
| 77 | ebay.com/usr/yahk084 | 78 | ebay.com/usr/yanlinghome |
| 79 | ebay.com/usr/yqbu2852 | 80 | ebay.com/usr/zhangruiyang8889992 |
| 81 | ebay.com/usr/zhukenci | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|-----|-----------------------|-----|-----------------------|
| 1 | obizjournals.info | 2 | xn--odzierowerowashop-0yd.com |
| 3 | ammotin.com | 4 | newerahatswholesales.com |
| 5 | by-lemag.com | 6 | stussysnapbackcappelli.club |
| 7 | sophisticatedyum.com.au | 8 | shikungem.com |

| | | | | |
|---|---|---|---|---|
| 9 | poitou-magazine.fr | | 10 | dlraccounting.co.uk |
| 11 | splashofcolours.co.uk | | 12 | nfl-malls.com |
| 13 | fileupee.com | | 14 | odvlasica.com |
| 15 | fmgmediation.co.uk | | 16 | makibell.fr |
| 17 | londonhoardercleaners.co.uk | | 18 | gitzone.co.uk |
| 19 | suburbansurgical.cc | | 20 | pumabartitsu.co.uk |
| 21 | nightclubhoney.it | | 22 | kathylovestopaint.com |
| 23 | makkijapan.com | | 24 | furniturecart.co.uk |
| 25 | cheapsnapbackhatsda.co.uk | | 26 | springscafe.co.uk |
| 27 | cmy668.top | | 28 | gogeteat.net |
| 29 | fbcglenarden.cc | | 30 | matrix-net.co.uk |
| 31 | kenzosnapbacks.info | | 32 | watibhats.info |
| 33 | ephorus.info | | 34 | capslids.com |
| 35 | buylebron9galaxyonsale.com | | 36 | buylebron9galaxy.net |
| 37 | airskatemall.com | | 38 | ussenterprise.co.uk |
| 39 | acaciatreesurgeons.co.uk | | | |