# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, | Case No. 17-cv-04365 |
| Plaintiff, | |
| v. | **Judge John Z. Lee** |
| ZHENG SHUANG, et al., | **Magistrate Judge Young B. Kim** |
| Defendants. | |

**Certification by Attorney Regarding Discovery Obligations
Under Mandatory Initial Discovery Pilot Project**

As an attorney appearing in this case, I hereby certify that I have read the Court's "Standing Order Regarding Mandatory Initial Discovery Pilot Project" and that I am aware of the discovery obligations addressed therein. I also acknowledge that Judge Lee requires each attorney appearing on behalf of Plaintiff to file this certification within 28 days after the filing of the Complaint and each attorney appearing on behalf of Defendant(s) to file this certification with the answer.

Dated this 7th day of July 2017.	Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Monster Energy Company*