**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY, | ) |
| | ) Case No. 17-cv-04365 |
| Plaintiff, | ) |
| | ) **Judge John Z. Lee** |
| v. | ) |
| | ) **Magistrate Judge Young B. Kim** |
| ZHENG SHUANG, et al., | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company ("MEC") hereby dismisses this action without prejudice against the following Defendant:

| Defendant Name | Line No. |
|---|---|
| sophisticatedyum.com.au | 7 |

Dated this 26th day of July 2017.    Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Monster Energy Company*

1