IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>ZHENG SHUANG, et al.,<br><br>Defendants. | Case No. 17-cv-04365<br><br>**Judge John Z. Lee**<br><br>**Magistrate Judge Young B. Kim** |

**MONSTER ENERGY COMPANY'S MOTION FOR ENTRY OF DEFAULT AND DEFAULT JUDGMENT AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A, WITH THE EXCEPTION OF DEFENDANT DIVINTYMOTOR**

Plaintiff Monster Energy Company ("MEC"), by its counsel, moves this Court to enter Default and Default Judgment against the defendants identified in Schedule A, with the exception of defendant divintymotor. In support of this Motion, MEC submits the accompanying Memorandum.

Dated this 26th day of July 2017.    Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Attorneys for Plaintiff Monster Energy Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to MEC's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland and any email addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio\
Kevin W. Guynn\
Amy C. Ziegler\
Justin R. Gaudio\
Jessica L. Bloodgood\
Greer, Burns & Crain, Ltd.\
300 South Wacker Drive, Suite 2500\
Chicago, Illinois 60606\
312.360.0080\
312.360.9315 (facsimile)\
kguynn@gbc.law\
aziegler@gbc.law\
jgaudio@gbc.law\
jbloodgood@gbc.law

*Attorneys for Plaintiff Monster Energy Company*