IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| MONSTER ENERGY COMPANY, | ) |
| Plaintiff, | ) Case No. 17-cv-04365 |
| v. | ) **Judge John Z. Lee** |
| ZHENG SHUANG, et al., | ) **Magistrate Judge Young B. Kim** |
| Defendants. | ) |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, August 1, 2017, at 9:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge John Z. Lee in Courtroom 1225 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and then and there present Plaintiff's Motion for Entry of Default and Default Judgment Against the Defendants Identified in Schedule A, with the Exception of Defendant divintymotor.

Dated this 26th day of July 2017.           Respectfully submitted,

/s/ Justin R. Gaudio
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Attorneys for Plaintiff Monster Energy Company*

1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of July 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to MEC's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland and any email addresses provided for Defendants by third parties that includes a link to said website.

/s/ Justin R. Gaudio_____
Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080
312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Attorneys for Plaintiff Monster Energy Company*