UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Monster Energy Company

                Plaintiff,

v.                Case No.: 1:17−cv−04365

                Honorable John Z. Lee

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 28, 2017:

      MINUTE entry before the Honorable John Z. Lee: Pursuant to Plaintiff's notice of voluntary dismissal [38], Defendants 1_87072, boutiquegroceries, chelaichewang2016, China Town−−Auto Parts Co.,ltd, chinaflavor, fantasticalmac, greatwallmarket, hk−shuy, huahuanle, Itree, jackliaob, lage2013, laughingworld2014, Leader Motor, lihongxin2012, mucd3288, pitaya_boy, shengheng2012, showerfield, sunrise20160810, Top Rated Car Accessories, vyxd9723, wuzhen568, and zhangruiyang8889992 are dismissed with prejudice. Pursuant to Plaintiff's notice of voluntary dismissal [39], Defendant sophisticatedyum.com.au is dismissed without prejudice. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.