**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

MONSTER ENERGY COMPANY,

Plaintiff,

v.

ZHENG SHUANG, et al.,

Defendants.

Case No. 17-cv-04365

**Judge John Z. Lee**

**Magistrate Judge Young B. Kim**

**NOTICE OF DISMISSAL UNDER RULE 41(a)(1)**

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Monster Energy Company ("MEC") hereby dismisses this action with prejudice against the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Haining City Purute Racing Factory | 66 |
| linjiechong | 88 |
| Shenzhen JYC Technology Ltd. | 99 |

Dated this 1st day of August 2017.

Respectfully submitted,

/s/ Justin R. Gaudio

Kevin W. Guynn
Amy C. Ziegler
Justin R. Gaudio
Jessica L. Bloodgood
Greer, Burns & Crain, Ltd.
300 South Wacker Drive, Suite 2500
Chicago, Illinois 60606
312.360.0080 / 312.360.9315 (facsimile)
kguynn@gbc.law
aziegler@gbc.law
jgaudio@gbc.law
jbloodgood@gbc.law

*Counsel for Plaintiff Monster Energy Company*