UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.1.1.2
Eastern Division

Monster Energy Company

                              Plaintiff,

v.                                        Case No.: 1:17−cv−04365

                                       Honorable John Z. Lee

The Partnerships and Unincorporated Associations Identified on Schedule "A", et al.

                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 2, 2017:

      MINUTE entry before the Honorable John Z. Lee:Motion hearing held on 8/2/17. Plaintiff's motion for entry of default and default judgment against the Defendants identified in schedule A, with the exception of Defendant divintymotor [40] is granted. Default is entered in favor of the plaintiff and against the Defendants idenitified in Schedule A with the exception of divinitymotor in the amount of $250,000 per defendant. Mailed notice(ca, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.