**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| MONSTER ENERGY COMPANY, ) )              Plaintiff, ) ) v. ) ) ZHENG SHUANG, et al., ) )              Defendants. ) ) | Case No. 17-cv-04365  **Judge John Z. Lee**  **Magistrate Judge Young B. Kim** |

**FINAL JUDGMENT ORDER
AGAINST THE DEFENDANTS IDENTIFIED IN SCHEDULE A
WITH THE EXCEPTION OF DEFENDANT DIVINTYMOTOR**

This action having been commenced by Plaintiff Monster Energy Company ("MEC") against the defendants identified on Schedule A and using the Defendant Domain Names and Online Marketplace Accounts identified on Schedule A (collectively, the "Defendant Internet Stores"), and MEC having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto, with the exception of Defendant divintymotor, (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by MEC, a temporary restraining order and preliminary injunction against Defaulting Defendants which included a domain name transfer order and asset restraining order;

MEC having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication or e-mail, along with any notice that Defaulting Defendants received from domain name registrars and payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the

1

pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Amended Complaint or otherwise plead, and the time for answering the Amended Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants are reaching out to do business with Illinois residents by operating one or more commercial, interactive Defendant Internet Stores through which Illinois residents can purchase products bearing unauthorized copies of the Monster Energy Copyrighted Design[1] (including U.S. Copyright Registration No. VA 1-789-900) and/or using counterfeit versions of the MONSTER ENERGY Trademarks[2] (a list of which is included in the below chart) (such products collectively referred to herein as the "Unauthorized Monster Energy Products").

| REGISTRATION NUMBER | REGISTERED TRADEMARK | REGISTRATION DATE | INTERNATIONAL CLASSES |
|---|---|---|---|
| 2,903,214 | [Monster Energy "M" claw logo] | Nov. 16, 2004 | For: Drinks, namely, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated and non-carbonated energy or sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |

---

[1] "Monster Energy Copyrighted Design" has the meaning ascribed to it in the Amended Complaint [10].
[2] "MONSTER ENERGY Trademarks" has the meaning ascribed to it in the Amended Complaint [10].

| | | | |
|---|---|---|---|
| 3,057,061 | MONSTER ENERGY | Feb. 7, 2006 | For: fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, carbonated soft drinks, carbonated drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 3,134,841 | [Monster Energy claw logo with "MONSTER ENERGY" text] | Aug. 29, 2006 | For: Beverages, namely, carbonated soft drinks, carbonated soft drinks enhanced with vitamins, minerals, nutrients, amino acids and/or herbs, carbonated energy and sports drinks, fruit juice drinks having a juice content of 50% or less by volume that are shelf stable, but excluding perishable beverage products that contain fruit juice or soy, whether such products are pasteurized or not in class 032. |
| 4,051,650 | [Monster claw logo] | November 8, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely hats and beanies in class 025. |

| 3,963,669 | | May 17, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffel bags in class 018. |
|---|---|---|---|
| 3,963,668 | | May 17, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals; posters in class 016. |
| 3,923,683 | | February 22, 2011 | For: All-purpose sport bags; all-purpose carrying bags; backpacks; duffle bags in class 018. |
| 3,908,601 | | January 18, 2011 | For: Clothing, namely, t-shirts, hooded shirts and hooded sweatshirts, sweat shirts, jackets, pants, bandanas, sweat bands and gloves; headgear, namely, hats and beanies in class 025. |

| | | | |
|---|---|---|---|
| 3,908,600 | MONSTER ENERGY (claw M logo with text) | January 18, 2011 | For: Stickers; sticker kits comprising stickers and decals; decals in class 016. |
| 4,332,062 | MONSTER ENERGY (claw M logo with text) | May 7, 2013 | For: Silicone wrist bands; Silicone bracelets; Jewelry, namely, bracelets and wristbands in class 014. |
| 4,011,301 | (claw M logo) | August 16, 2011 | For: Sports helmets; video recordings featuring sports, extreme sports, and motor sports in class 009. |
| 3,914,828 | MONSTER ENERGY (claw M logo with text) | February 1, 2011 | For: Sports helmets in class 009. |

| 4,660,598 | | December 23, 2014 | For: Lanyards; Lanyards for holding whistles, keys, eyeglasses, sunglasses, mobile telephones, badges, identification cards, event passes, media passes, photographs, recording equipment, or similar conveniences in class 022. |
|---|---|---|---|

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114), false designation of origin (15 U.S.C. § 1125(a)), violation of the Illinois Uniform Deceptive Trade Practices Act (815 ILCS § 510, *et seq.*), and copyright infringement (17 U.S.C. §§ 106 and 501, *et seq.*).

IT IS HEREBY ORDERED that Plaintiff's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all other persons acting for, with, by, through, under, or in active concert with them be permanently enjoined and restrained from:

    a. using the MONSTER ENERGY Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Monster Energy Product or not authorized by MEC to be sold in connection with the MONSTER ENERGY Trademarks;

b. reproducing, distributing copies of, making derivative works of, or publicly displaying the Monster Energy Copyrighted Design in any manner without the express authorization of MEC;

c. passing off, inducing, or enabling others to sell or pass off any product as a genuine Monster Energy Product or any other product produced by MEC, that is not MEC's or not produced under the authorization, control or supervision of MEC and approved by MEC for sale under the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Design;

d. committing any acts calculated to cause consumers to believe that Defaulting Defendants' Unauthorized Monster Energy Products are those sold under the authorization, control or supervision of MEC, or are sponsored by, approved by, or otherwise connected with MEC;

e. further infringing the MONSTER ENERGY Trademarks and/or the Monster Energy Copyrighted Design and damaging MEC's goodwill; and

f. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for MEC, nor authorized by MEC to be sold or offered for sale, and which bear any MEC trademark, including the MONSTER ENERGY Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof and/or which bear the Monster Energy Copyrighted Design.

2. The domain name registries for the Defendant Domain Names, including, but not limited to, VeriSign, Inc., Neustar, Inc., Afilias Limited, CentralNic, Nominet, and the Public

Interest Registry, within three (3) business days of receipt of this Order, shall, at MEC's choosing:

a. permanently transfer the Defendant Domain Names to MEC's control, including unlocking and changing the registrar of record for the Defendant Domain Names to a registrar of MEC's selection; or

b. disable the Defendant Domain Names and make them inactive and untransferable.

3. The domain name registrars, including, but not limited to, GoDaddy Operating Company, LLC ("GoDaddy"), Name.com, PDR LTD. d/b/a PublicDomainRegistry.com ("PDR"), and Namecheap Inc. ("Namecheap"), within three (3) business days of receipt of this Order, shall take any steps necessary to transfer the Defendant Domain Names to a registrar account of MEC's selection.

4. Defaulting Defendants and any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' websites at the Defendant Domain Names or other websites operated by Defaulting Defendants, including, without limitation, any online marketplace platforms such as iOffer, eBay, AliExpress and Alibaba, web hosts, sponsored search engine or ad-word providers, credit cards, banks, merchant account providers, third party processors and other payment processing service providers, Internet search engines such as Google, Bing and Yahoo, and domain name registrars, including, but not limited to, GoDaddy, Name.com, PDR, and Namecheap, (collectively, the "Third Party Providers") shall within five (5) business days of receipt of this Order:

a. disable and cease providing services being used by Defaulting Defendants, currently or in the future, to engage in the sale of goods using the MONSTER ENERGY

       Trademarks or bearing unauthorized copies of the Monster Energy Copyrighted Design;

    b. disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of unauthorized goods using the MONSTER ENERGY Trademarks or bearing unauthorized copies of the Monster Energy Copyrighted Design; and

    c. take all steps necessary to prevent links to the Defendant Domain Names identified on Schedule A from displaying in search results, including, but not limited to, removing links to the Defendant Domain Names from any search index.

5. Pursuant to 15 U.S.C. § 1117(c)(2) and 17 U.S.C. § 504(c)(2), MEC is awarded statutory damages from each of the Defaulting Defendants in the total amount of two hundred fifty thousand dollars ($250,000) for willful use of counterfeit MONSTER ENERGY Trademarks on products sold through at least the Defendant Internet Stores and willful copyright infringement of the Monster Energy Copyrighted Design. The two hundred fifty thousand dollars ($250,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in the Amended Complaint and Schedule A.

6. PayPal, Inc. ("PayPal") shall, within five (5) business days of receipt of this Order, permanently restrain and enjoin any non-U.S. based accounts connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites identified in Schedule A from transferring or disposing of any money or other of Defaulting Defendants' assets.

7. All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by PayPal, are hereby released to MEC as partial payment of the above-identified damages, and PayPal is ordered to release to MEC the amounts from Defaulting Defendants' PayPal accounts within ten (10) business days of receipt of this Order.

8. Until MEC has recovered full payment of monies owed to it by any Defaulting Defendant, MEC shall have the ongoing authority to serve this Order on PayPal in the event that any new PayPal accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, PayPal shall within five (5) business days:

    a. locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Online Marketplace Accounts or Defaulting Defendants' websites, including, but not limited to, any PayPal accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds that are not U.S. based from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies restrained in Defaulting Defendants' PayPal accounts to MEC as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

9. In the event that MEC identifies any additional online marketplace accounts, domain names or financial accounts owned by Defaulting Defendants, MEC may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses

identified in Exhibits 3 and 4 to the Declaration of Bruce Kingsland and any e-mail addresses provided for Defaulting Defendants by third parties.

10. The ten thousand dollar ($10,000) surety bond posted by MEC is hereby released to MEC or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to MEC or its counsel.

This Court, having determined that there is no just reason for delay, orders that this is a Final Judgment against Default Defendants.

DATED: August 2, 2017

_____
U.S. District Court Judge John Z. Lee

# Schedule A

| No. | Defendant Name / Alias | No. | Defendant Name / Alias |
|---|---|---|---|
| 1 | Zheng Shuang | 2 | Zygfryd Szczepański |
| 3 | zhang jike | 4 | Wu RongXia |
| 5 | tyler barr | 6 | Sun Hai Xia |
| 7 | DISMISSED | 8 | shikungem.com |
| 9 | poitou-magazine.fr | 10 | Paul Field |
| 11 | nfl-malls.com | 12 | Nan Nan Li |
| 13 | Malcolm Muirhead | 14 | makibell.fr |
| 15 | Maharjan Susan | 16 | Lisa Leonard |
| 17 | li ling huang | 18 | Lenna Harris |
| 19 | Lara Cerneira Carballo | 20 | kang xiaoping |
| 21 | julia cordero | 22 | Jude Achebe |
| 23 | Jamie Kavanagh | 24 | Hou Ping |
| 25 | gogeteat.net | 26 | gang long han |
| 27 | Darren Charles Raison | 28 | Chen Hang |
| 29 | Chen Hang (2) | 30 | Chen Dong Han |
| 31 | capslids.com | 32 | buylebron9galaxyonsale.com |
| 33 | buylebron9galaxy.net | 34 | andy |
| 35 | Andrew teague | 36 | Alexina Pledger |
| 37 | 0hk7446 | 38 | DISMISSED |
| 39 | 2014sunqing888999 | 40 | 2016longteng |
| 41 | 2cn2483 | 42 | 36liuhong369 |
| 43 | adiarboss | 44 | atba7821 |
| 45 | autobots.husa | 46 | baidudebai |
| 47 | baixunkeji | 48 | BestAuto Company Store |
| 49 | bjwang89-1 | 50 | DISMISSED |
| 51 | Car modification club Store | 52 | CHAONIU CAR PRODUCTS CLUB Store |
| 53 | DISMISSED | 54 | DISMISSED |
| 55 | DISMISSED | 56 | ckl8 |
| 57 | EXCEPTED | 58 | DIYUAN Store |
| 59 | ecbuygo | 60 | DISMISSED |
| 61 | Fashion Outdoor Sport | 62 | fashion520 Store |
| 63 | fashionfouse888 | 64 | DISMISSED |

| No. | | No. | |
|---|---|---|---|
| 65 | greenwindbellled | 66 | DISMISSED |
| 67 | haoyunyongyuan666 | 68 | HelloRacer Store |
| 69 | High-end Production Store | 70 | hk2028 |
| 71 | DISMISSED | 72 | HOMOD JEWELRY Store |
| 73 | HOW-YES Store | 74 | HSpeed Store |
| 75 | DISMISSED | 76 | Hydro arts Technology Co., Ltd. |
| 77 | iGreen B Car services Store | 78 | DISMISSED |
| 79 | DISMISSED | 80 | JIAFUDEshop Store |
| 81 | ke5558 | 82 | DISMISSED |
| 83 | DISMISSED | 84 | DISMISSED |
| 85 | DISMISSED | 86 | lilaijewelry2 |
| 87 | lin_han62-6 | 88 | DISMISSED |
| 89 | Minason Global Shopping Store | 90 | Modified club car Store |
| 91 | DISMISSED | 92 | nature-sky |
| 93 | ocean-stone | 94 | DISMISSED |
| 95 | Qiaomu store | 96 | rgne7202 |
| 97 | SageTechnology | 98 | DISMISSED |
| 99 | DISMISSED | 100 | shining city |
| 101 | DISMISSED | 102 | simonzyp2010 |
| 103 | starfiedknight | 104 | stonemomy |
| 105 | DISMISSED | 106 | super-emporium-2 |
| 107 | DISMISSED | 108 | Uni-HELMET Store |
| 109 | DISMISSED | 110 | DISMISSED |
| 111 | xieya668 | 112 | xuue2132 |
| 113 | yahk084 | 114 | yanlinghome |
| 115 | yqbu2852 | 116 | DISMISSED |
| 117 | zhukenci | | |

| No. | Defendant Marketplace URL | No. | Defendant Marketplace URL |
|---|---|---|---|
| 1 | ebay.com/usr/0hk7446 | 2 | DISMISSED |
| 3 | ebay.com/usr/2014sunqing888999 | 4 | ebay.com/usr/2016longteng |
| 5 | ebay.com/usr/2cn2483 | 6 | ebay.com/usr/36liuhong369 |
| 7 | ioffer.com/selling/adiarboss | 8 | ebay.com/usr/atba7821 |
| 9 | ebay.com/usr/autobots.husa | 10 | ebay.com/usr/baidudebai |
| 11 | ebay.com/usr/baixunkeji | 12 | aliexpress.com/store/2660171 |
| 13 | ebay.com/usr/bjwang89-1 | 14 | DISMISSED |
| 15 | aliexpress.com/store/2678136 | 16 | aliexpress.com/store/2387053 |
| 17 | DISMISSED | 18 | DISMISSED |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 19 | DISMISSED | 20 | ebay.com/usr/ckl8 |
| 21 | EXCEPTED | 22 | aliexpress.com/store/2793178 |
| 23 | ebay.com/usr/ecbuygo | 24 | DISMISSED |
| 25 | aliexpress.com/store/1036324 | 26 | aliexpress.com/store/2946105 |
| 27 | ebay.com/usr/fashionfouse888 | 28 | DISMISSED |
| 29 | ebay.com/usr/greenwindbellled | 30 | DISMISSED |
| 31 | ebay.com/usr/haoyunyongyuan666 | 32 | aliexpress.com/store/2677057 |
| 33 | 8866.aliexpress.com/store/1382936 | 34 | ebay.com/usr/hk2028 |
| 35 | DISMISSED | 36 | homod.aliexpress.com/store/108627 |
| 37 | sfkmoto.aliexpress.com/store/822920 | 38 | hspeed.aliexpress.com/store/1267631 |
| 39 | DISMISSED | 40 | aliexpress.com/store/1707252 |
| 41 | aliexpress.com/store/2841021 | 42 | DISMISSED |
| 43 | DISMISSED | 44 | aliexpress.com/store/2683027 |
| 45 | ebay.com/usr/ke5558 | 46 | DISMISSED |
| 47 | DISMISSED | 48 | DISMISSED |
| 49 | DISMISSED | 50 | ebay.com/usr/lilaijewelry2 |
| 51 | ebay.com/usr/lin_han62-6 | 52 | DISMISSED |
| 53 | aliexpress.com/store/2952086 | 54 | aliexpress.com/store/2410071 |
| 55 | DISMISSED | 56 | ebay.com/usr/nature-sky |
| 57 | ebay.com/usr/ocean-stone | 58 | DISMISSED |
| 59 | aliexpress.com/store/1950483 | 60 | ebay.com/usr/rgne7202 |
| 61 | aliexpress.com/store/1046511 | 62 | DISMISSED |
| 63 | DISMISSED | 64 | skuer.aliexpress.com/store/931463 |
| 65 | DISMISSED | 66 | ebay.com/usr/simonzyp2010 |
| 67 | ebay.com/usr/starfiedknight | 68 | ebay.com/usr/stonemomy |
| 69 | DISMISSED | 70 | ebay.com/usr/super-emporium-2 |
| 71 | DISMISSED | 72 | aliexpress.com/store/2665053 |
| 73 | DISMISSED | 74 | DISMISSED |
| 75 | ebay.com/usr/xieya668 | 76 | ebay.com/usr/xuue2132 |
| 77 | ebay.com/usr/yahk084 | 78 | ebay.com/usr/yanlinghome |
| 79 | ebay.com/usr/yqbu2852 | 80 | DISMISSED |
| 81 | ebay.com/usr/zhukenci | | |

| No. | Defendant Domain Name | No. | Defendant Domain Name |
|---|---|---|---|
| 1 | obizjournals.info | 2 | xn--odzierowerowashop-0yd.com |
| 3 | ammotin.com | 4 | newerahatswholesales.com |
| 5 | by-lemag.com | 6 | stussysnapbackcappelli.club |
| 7 | DISMISSED | 8 | shikungem.com |

| 9 | poitou-magazine.fr | 10 | dlraccounting.co.uk |
|---|---|---|---|
| 11 | splashofcolours.co.uk | 12 | nfl-malls.com |
| 13 | fileupee.com | 14 | odvlasica.com |
| 15 | fmgmediation.co.uk | 16 | makibell.fr |
| 17 | londonhoardercleaners.co.uk | 18 | gitzone.co.uk |
| 19 | suburbansurgical.cc | 20 | pumabartitsu.co.uk |
| 21 | nightclubhoney.it | 22 | kathylovestopaint.com |
| 23 | makkijapan.com | 24 | furniturecart.co.uk |
| 25 | cheapsnapbackhatsda.co.uk | 26 | springscafe.co.uk |
| 27 | cmy668.top | 28 | gogeteat.net |
| 29 | fbcglenarden.cc | 30 | matrix-net.co.uk |
| 31 | kenzosnapbacks.info | 32 | watibhats.info |
| 33 | ephorus.info | 34 | capslids.com |
| 35 | buylebron9galaxyonsale.com | 36 | buylebron9galaxy.net |
| 37 | airskatemall.com | 38 | ussenterprise.co.uk |
| 39 | acaciatreesurgeons.co.uk | | |